IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00084-CR

 

John Dwain Rogers,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 413th District Court

Johnson County, Texas

Trial Court No. F39161

 



MEMORANDUM  Opinion



 

Appellant has filed a motion to dismiss his
appeal as moot because the trial court granted his motion for new trial after
Appellant had filed his notice of appeal.  See Tex. R. App. P. 42.2(a).  Documents attached to the motion
support Appellant’s contention, the State does not oppose dismissal, and we
have not issued a decision.  Finding the appeal to be moot, we dismiss.

 

PER CURIAM

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal
dismissed

Opinion delivered and
filed May 10, 2006

Do not publish

[CR25]






ft
the suspension of the appeal.

            We agree with Beard that according to
section 24.007 of the Texas Property Code, Calvin has no right to appeal.  Id.  In coming to this conclusion, we do not address the merits of any issue,
specifically including res judicata or the proper construction of the
settlement agreement.  We simply do not have jurisdiction of this appeal.

            Accordingly, we grant Beard’s motion
to dismiss, and this appeal is dismissed.  See Tex. R. App. P. 42.3(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Objection
sustained

Motion
granted

Appeal
dismissed

Opinion
delivered and filed November 3, 2010

[CV06]